
ORIGINAL

dennisaldanmot

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 1 4 2005 nbo

**MARY L.M. MORAN
CLERK OF COURT**

②

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff.<br><br>       vs.<br><br>DENNIS ALDAN,<br><br>              Defendant. | ) MAGISTRATE CASE NO. 05-00008<br>)<br>)<br>) **UNITED STATES' REQUEST**<br>) **FOR ISSUANCE OF WARRANT**<br>) **AND ORDER**<br>)<br>)<br>)<br>) |

Comes now the United States of America and requests this Honorable Court issue a

warrant for defendant, DENNIS ALDAN, based on an Information filed charging the

//

//

//

//

//

//

//

defendant with Theft of Property as a Class A Misdemeanor in violation to Title 18, United States Code, Section 641 and Entering Military Property as a Class B Misdemeanor in violation of Title 18, United States Code, Section 1382.

Respectfully submitted this 14th day of April 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Karon V. Johnson for*
JOSEPH TOCK
Special Assistant U.S. Attorney

* * * * * ORDER * * * * *

IT IS SO ORDERED that a warrant will be issued for the above-named defendant.

_4/14/2005_
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**RECEIVED**
APR 1 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM