AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

U.S. MARSHALS - GUAM
15 APR 2005 14 00 01

**FILED**
DISTRICT COURT OF GUAM
MAY - 5 2005
MARY L.M. MORAN
CLERK OF COURT

③

UNITED STATES OF AMERICA

V.

DENNIS ALDAN

**WARRANT FOR ARREST**

Case Number: MG-05-00008

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DENNIS ALDAN _____
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☑ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

18:641 - THEFT OF PROPERTY (COUNT 1)

18:1382 - ENTERING MILITARY PROPERTY (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *Marilyn B. Alcon* (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 4/14/2005 — Hagatna, Guam |
| Title of Issuing Officer | Date — Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

HAGATNA, GUAM

| DATE RECEIVED 4-15-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-5-05 | S/DUSM FRANKLIN J. TAITANO | S/DUSM Franklin J. Taitano |