**FILED**

DISTRICT COURT OF GUAM

MAY - 6 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. **05-00008** |
| Plaintiff, | |
| vs. | O R D E R |
| **DENNIS ALDAN,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **CURTIS VAN DE VELD** is appointed to represent the

defendant in the above-entitled case.

Dated this 5th day of May, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM