

VAN DE VELD SHIMIZU CANTO & FISHER
Suite 101, Dela Corte Building
167 East Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-1131
Fax: (671) 472-2886

**Attorneys for Defendant: DENNIS ALDAN**

FILED
DISTRICT COURT OF GUAM
JUN 24 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DENNIS ALDAN, <br><br> Defendant. | Magistrate Case no. 05-00008 <br><br> STIPULATION TO CONTINUE TRIAL and ORDER |

COME NOW the UNITED STATES OF AMERICA by the United States Attorney Leonardo M. Rapadas, through Special Assistant Attorney Joseph Tock, and the Defendant DENNIS ALDAN, by and through his court appointed counsel, Curtis C. Van de veld, Esq., hereby stipulate and agree that the trial scheduled for June 28, 2005 at 9:30 a.m. be continued to a date to be set by the court.

The reason for such continuance is that discussions are ongoing regarding possible plea negotiations and Defendant's counsel is currently off-island up until July 6, 2005.

//
//
//
//
//

SO STIPULATED:

| UNITED STATES ATTORNEY'S OFFICE | VAN DE VELD SHIMIZU CANTO & FISHER |
|---|---|
| LEONARDO M. RAPADAS, U.S. Attorney | |

_____  _____
**JOSEPH TOCK**, Special Assistant                    For **CURTIS C. VAN DE VELD**
U.S. Attorney                                                              *Attorney for Defendant Dennis Aldan*

Dated: 6/23/05                                              Dated: 6/23/05

### * * * ORDER * * *

THIS MATTER HAVING come to the attention of the court upon the above stipulation of the parties and good cause appearing therefrom;

**IT IS HEREBY ORDERED** that the trial scheduled for June 28, 2005, be continued to July 12, 2005 at 9:30 a.m. The period of time between the filing of this Stipulation and Order and the new trial date of July 12, 2005, is hereby excluded from computation under the Speedy Trial Act, pursuant 18 U.S.C. §3161(h)(8).

SO ORDERED: this 24th day of June 2005.

_____
JOAQUIN V.E. MANIBUSAN JR., Magistrate Judge
U.S. DISTRICT OF GUAM

**RECEIVED**
JUN 23 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

CCV:jbs
VSCF/D.ALDAN/CR000573

UNITED STATES OF AMERICA, Plaintiff v. DENNIS ALDAN, Defendant
STIPULATION TO CONTINUE TRIAL and ORDER
Magistrate Case No. 05-00008

Case 1:05-mj-00008    Document 9    Filed 06/24/2005    Page 2 of 2    Page 2