```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  JOSEPH TOCK
    Special Assistant U.S. Attorney
 3  Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
 4  Hagatna, Guam 96910
    TEL: (671) 472-7332
 5  FAX: (671) 472-7334
 6  Attorneys for the United States of America
```

FILED
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00009 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' EXHIBIT LIST** |
| DONALD ALDAN, | ) | |
| Defendant. | ) | |

COMES NOW the United States and hereby files with the Court a list of proposed exhibits to be introduced in its case-in-chief.

RESPECTFULLY SUBMITTED this 9th day of August, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Joseph Tock_
JOSEPH TOCK
Special Assistant U.S. Attorney

## UNITED STATES EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Photograph of Andersen South Housing, railings removed | _____ | _____ |
| 2. | Photograph of Andersen South Housing, railings removed some on grass | _____ | _____ |
| 3. | Photograph of Andersen South Housing, railings and back of truck in view with railing propped against truck | _____ | _____ |
| 4. | Photograph of front of truck, railings on left, housing behind | _____ | _____ |
| 5. | Photograph of truck front license plate | _____ | _____ |
| 6. | Photograph of truck rear license plate with tailgate open and railings visible | _____ | _____ |
| 7. | Photograph of right rear side of truck with railing on ground and one propped against side | _____ | _____ |
| 8. | Photograph of rear of truck, cap open, railings inside | _____ | _____ |
| 9. | Photograph of railings on ground | _____ | _____ |
| 10. | Photograph of railings on ground | _____ | _____ |
| 11. | Photograph of portion of railing on ground by left side of truck | _____ | _____ |
| 12. | More, and different photograph of railings on ground | _____ | _____ |
| 13. | More, and different photograph of railings on ground | _____ | _____ |
| 14. | Photograph of left side of truck, railings on ground nearby and railings propped against tailgate | _____ | _____ |
| 15. | Photograph of railings on ground, close-up | _____ | _____ |