ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00008 |
| Plaintiff, | |
| vs. | **UNITED STATES' WITNESS LIST** |
| DENNIS ALDAN, | |
| Defendant. | |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of voir dire:

1. Aguon, Mark J.
   Conservation Officer, Guam Department of Fish and Wildlife

2. Watson, Roger L.
   Conservation Officer, Guam Department of Fish and Wildlife

3. Camacho, Jimmy B.
   Conservation Officer, Guam Department of Fish and Wildlife

4. Stauffer, Regina E.
   USAF Security Forces, Andersen AFB, Guam

5. Banes, Rodney L.
   USAF Security Forces, Andersen AFB, Guam

6. Bauerle, Justin A.
   USAF Security Forces, Andersen AFB, Guam

7. Castro, Luis-Jeffrey C.
   789 Swamp Road, Dededo

| | |
|---|---|
| 1 | 8. Gumataotao, Barbara<br>Real Estate Specialist, 36 ABW Civil Engineer Squadron |
| 2 | |
| 3 | 9. Ogden, Casey<br>Geo-Base Engineer - Computer Satellite Mapping Specialist |
| 4 | Respectfully submitted this 9th day of August 2005. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *(signature)*
JOSEPH TOCK
Special Assistant U.S. Attorney