ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG 10 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00008 |
| Plaintiff, | ) | ORDER RE: GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT |
| vs. | ) | |
| DENNIS ALDAN, | ) | |
| Defendant. | ) | |

The Government's request for the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter, is approved.

SO ORDERED this 10th day of August, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
AUG -9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM