IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
AUG 15 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MG-05-00008        DATE: August 15, 2005

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                        Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:21:03 - 9:39:00                 CSO: J. McDonald

************************** A P P E A R A N C E S **************************

**DEFT: DENNIS ALDAN**                                    **ATTY : CURTIS VAN DE VELD**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK                                AGENT:

U.S. PROBATION: GRACE FLORES                              U.S. MARSHAL: NONE PRESENT

***

## PROCEEDINGS:  CHANGE OF PLEA

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:   AGE: 30    SCHOOL COMPLETED: 11TH Grade
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( X ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: Count I and II
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: NOVEMBER 14, 2005  at  9:30 A.M.
( X ) PRESENTENCE REPORT ORDERED AND DUE:  OCTOBER 10, 2005

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see attached release conditions)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

**Defendant orally consented to his change of plea before a U.S. Magistrate Judge and waived his right to trial and sentencing by a district judge.**

**The Court Ordered the defendant to report to the Probation Office immediately after the hearing.**