
UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>vs. )<br> )<br>DENNIS CASTRO ALDAN )<br> )<br>Defendant. )<br>_____ ) | USDC Cr. Cs. No. MG 05-00008-001<br><br>**REQUEST FOR CONTINUANCE OF THE PRESENTENCE INVESTIGATION REPORT AND SENTENCING DATE** |

On August 15, 2005, the defendant, Dennis Castro Aldan, pled guilty to an Information that charged him with the offense, to wit: <u>Count I:</u> Theft of Property, in violation of 18 U.S.C. § 641. The court set Sentencing for November 4, 2005, and the U.S. Probation Office was ordered to submit a presentence report on October 10, 2005. The defendant is currently on pretrial release with conditions.

Since the date the presentence investigation was ordered, the probation officer has not been able to contact the defendant. Several attempts have been made to contact him through his attorney and through the Superior Court of Guam, but calls made to the telephone numbers provided have been unanswered or are said to be not in service. The probation officer requests that the Court continue the Sentencing date to December 19, 2005, and permit the presentence report to be filed on November 14, 2005. Attorney Curtis Van de Veld has been apprised of this request and has no objections. Special Assistance U.S. Attorney Joe Tock could not be contacted.

RESPECTFULLY submitted this 5th day of October 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARLEEN G. BORJA
U.S. Probation Officer

Approved by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

OCT. 5, 2005
DATE

cc: Joe Tock, AUSA
Curtis Van de Veld, Defense Counsel