ORIGINAL

dennisaldanpsr

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DENNIS ALDAN,<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. 05-00008<br><br>**GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

　　Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

　　Respectfully submitted this 14th day of November 2005.

　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　United States Attorney
　　　　　　　　　　Districts of Guam and NMI

　　　　　　　By: _____
　　　　　　　　　　JOSEPH TOCK
　　　　　　　　　　Special Assistant U.S. Attorney