# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### MAGISTRATE CRIMINAL MINUTES
### SENTENCING



**FILED**

DISTRICT COURT OF GUAM

DEC 1 9 2005

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00008**          **DATE: 12/19/2005**

***************************************************************************************

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**          Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:26:38 - 11:05:17**          CSO: B. Pereda

* * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: DENNIS CASTRO ALDAN**                    **ATTY : CURTIS VAN DE VELD**
( X ) PRESENT   (  ) CUSTODY   (  ) BOND   ( X ) P.R.          ( X ) PRESENT   (  ) RETAINED   (  ) FPD   ( X ) CJA APPOINTED

**U.S. ATTORNEY: JOSEPH TOCK**                    **AGENT:**

**U.S. PROBATION: MARIA CRUZ**                    **U.S. MARSHAL:  G. PEREZ**

***************************************************************************************

( X ) **COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS** _____
    Base offense level:          Total offense level:     4     Criminal History Category: IV

    **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) **ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:**
Defense counsel proposed that in the alternative any incarceration be served locally on Sundays.

( X ) **DEFENDANT ADDRESSES THE COURT AND APOLOGIZES**

( X ) **GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:**
Government recommended a sentence of two months.

(  ) **LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT**

**NOTES/OTHER MATTERS:**

Probation Officer, Maria Cruz proposed amendments to the presentence report. The Court and counsel
adopted the changes.

Defense requested a judicial recommendation for a facility in the West Coast area. He further requested
that the defendant self-surrender upon designation by Bureau of Prisons. No objection. GRANTED.

( X )    DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF  FOUR MONTHS.  DEFENDANT SHALL SURRENDER TO THE U.S. MARSHAL SERVICE UPON RECEIPT OF DESIGNATION BY THE BUREAU OF PRISONS.

( X )    COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT   WEST COAST .

( X )    UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF ONE YEAR .


THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1.    DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

2.    DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.  HE SHALL SUBMIT TO UP TO EIGHT DRUG TESTS A MONTH FOR USE OF A CONTROLLED SUBSTANCE.

3.    DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND CODIFIED UNDER 18 U.S.C. § 3583.

4.    DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

5.    DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. THE DEFENDANT SHALL ALSO MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

6.    DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

        IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $25.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

        PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

        COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED.  DEFENDANT ADVISED OF HIS APPEAL RIGHTS.