LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC 20 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>DENNIS ALDAN,<br><br>             Defendant. | MAGISTRATE CASE NO. 05-00008<br><br>**O R D E R**<br>Re: December 20, 2005<br>United States' Motion to Dismiss<br>Count 2 of Information |

IT IS HEREBY ORDERED that Count 2 of the Information in the above entitled case against defendant, DENNIS ALDAN, is hereby dismissed.

SO ORDERED this 20th day of December 2005.

*/s/ Joaquin V.E. Manibusan, Jr.*
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**